UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark Pritchard, | Case No. 19-cv-1242 (WMW/BRT) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Warden R. Marques, | |
| Respondent. | |

This matter is before the Court on the August 19, 2019 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson. (Dkt. 10.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R, the foregoing analysis and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The August 19, 2019, R&R (Dkt. 10), is **ADOPTED**.

2. Petitioner Mark Pritchard's petition for writ of habeas corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 8, 2019

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge